FRANK S. GRAZIANO v. MAYOR AND TOWNSHIP COMMIT-
TEE OF THE TOWNSHIP OF MONTVILLE.

December 7, 1978. Petition for certification denied. (See
162 *N. J. Super.* 552)

ELIZABETH IUPPO v. FRED G. BURKE.

December 7, 1978. Petition for certification denied. (See
162 *N. J. Super.* 538)

STATE OF NEW JERSEY v. CHARLES H. PRITCHARD, JR.

December 7, 1978. Leave to appeal granted; the judg-
ment of the Appellate Division is summarily reversed, and
the matter is remanded to the Superior Court, Law Division
for reconsideration in the light of the expanded record. (See
160 *N. J. Super.* 310)

KATHRYN GUARDINO v. DR. JOSEPH CASTELLANO.

December 11, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. BARBARA SUTTON.

December 11, 1978. Petition for certification granted.